UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 21-20131-CIV-DLG

EZEQUIEL RODRIGUEZ,

    Plaintiff,

vs.

AT&T MOBILITY SERVICES, LLC,

    Defendant.

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

    **THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal [ECF No. 10]. Based thereon, it is hereby

    **ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**, each party baring its own fees and costs. It is further

    **ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as moot**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of December 2023.

                                                  s/Donald L. Graham
                                                  DONALD L. GRAHAM
                                                  UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record